IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MUNOZ ARIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C-11-0166 TEH (PR)<br><br>ORDER OF DISMISSAL; COMPLAINT FILED IN ERROR; NO FILING FEE DUE<br><br>(Doc. #4) |

    Plaintiff has filed a "Motion to Dismiss the Complaint Filed by Error" (Doc. #4), in which he explains that the action initiated in this Court on January 11, 2011 was filed in error as a new civil rights complaint rather than a motion for a speedy trial in his pending criminal case, <u>United States of America v. Garcia, et. al.</u>, No. CR-10-00301-DLJ (N.D. Cal. filed April 15, 2010).

    Good cause appearing, Plaintiff's "Motion to Dismiss the Complaint Filed by Error" is GRANTED. No filing fee is due. The instant action is DISMISSED. The Clerk shall terminate any pending motions as moot and close the file.

    IT IS SO ORDERED.

Dated: <u>02/15/2011</u>

                                         THELTON E. HENDERSON
                                         United States District Judge

G:\PRO-SE\TEH\CR.10\Munoz-Arias-11-0166-dismissal-filed in error.wpd